UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D&N GARAGE, INC. *et al.*,

    Plaintiffs,

v.

OGEMAW COUNTY BOARD
OF COMMISSIONERS, *et al.*,

    Defendants.

Case No. 21-cv-10440
Hon. Matthew F. Leitman

_____/

### ORDER (1) GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT (ECF No. 17) AND (2) ADJOURNING ALL DATES IN THE COURT'S CASE MANAGEMENT ORDER (ECF No. 45)

On February 10, 2022, the Court held a hearing on Plaintiffs' motion to file a First Amended Complaint. (*See* Mot., ECF No. 17.) For the reasons explained on the record, the motion is **GRANTED**. The Court does not anticipate allowing Plaintiffs another opportunity to amend to add factual allegations (or additional parties) that it could now include in its First Amended Complaint. Simply put, this is Plaintiffs' opportunity to allege any and all additional facts, currently known to them, that may cure the alleged deficiencies in their claims raised by the Defendants.

Plaintiffs shall file their First Amended Complaint by no later than **February 24, 2022**. During the hearing on Plaintiffs' motion to amend, some Defendants indicated that they planned to file a motion to dismiss the First Amended Complaint.

1

Defendants shall file such a motion – or file an Answer to the First Amended Complaint – by no later than **March 28, 2022**.

Finally, for the reasons explained on the record, the Court **ADJOURNS** all dates in its current Case Management and Scheduling Order (ECF No. 45) pending a ruling on the anticipated motion to dismiss. Once the Court issues that ruling, it will hold a status conference with counsel to discuss next steps in this action, including setting a new schedule for the remainder of this case.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>MATTHEW F. LEITMAN<br>UNITED STATES DISTRICT JUDGE

Dated: February 10, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>Case Manager<br>(313) 234-5126