UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D&N GARAGE, INC. *et al.*,

 Plaintiffs,

v.

OGEMAW COUNTY BOARD
OF COMMISSIONERS, *et al.*,

 Defendants.

Case No. 21-cv-10440
Hon. Matthew F. Leitman

_____/

**ORDER TERMINATING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT (ECF No. 72)**

On January 12, 2024, Defendants Ogemaw County Emergency Dispatch Authority, Jessica Pennington Gilbert, and Jessie Lowell filed a motion for summary judgment in this action. (*See* Mot., ECF No. 72.) On March 20, 2024, the Court entered a stipulated order dismissing those Defendants from this action with prejudice. (*See* Order, ECF No. 83.) Accordingly, the summary judgment motion that those Defendants filed is now moot. The motion is therefore **TERMINATED**.

 **IT IS SO ORDERED.**

Dated: May 22, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2024, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                        Case Manager
                                                        (313) 234-5126