UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D&N GARAGE, INC and
TRISTA SMITH-SPENCER,

    Plaintiffs,

v.

LEIGH DAVID,

    Defendant.

Case No. 21-cv-10440
Hon. Matthew F. Leitman

| COLLIN H. NYEHOLT (P74132)<br>Law Offices of Casey D. Conklin, PLC<br>Attorney for the Plaintiffs<br>4084 Okemos Road, Ste B<br>Okemos, MI 48864<br>(517) 522-2550<br>collin@caseydconklin.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Defendant<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com |
|---|---|

## **STIPULATION TO ORDER OF DISMISSAL**

The parties hereto, by and through their respective counsel of record, hereby stipulate to entry of the attached Order dismissing this litigation (and all claims) with prejudice and without costs or fees to any party.

/s/ Collin H. Nyeholt (w/perm)
COLLIN H. NYEHOLT (P74132)
Law Offices of Casey D. Conklin, PLC
Attorney for the Plaintiffs

/s/ Timothy S. Ferrand
TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D&N GARAGE, INC and
TRISTA SMITH-SPENCER,

      Plaintiffs,                      Case No. 21-cv-10440
                                        Hon. Matthew F. Leitman

v.

LEIGH DAVID,

      Defendant.

| COLLIN H. NYEHOLT (P74132) | TIMOTHY S. FERRAND (P39583) |
|---|---|
| Law Offices of Casey D. Conklin, PLC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for the Plaintiffs | Attorney for Defendant |
| 4084 Okemos Road, Ste B | 19176 Hall Road, Suite 205 |
| Okemos, MI 48864 | Clinton Township, MI  48038 |
| (517) 522-2550 | (586) 228-5600 |
| collin@caseydconklin.com | tferrand@cmda-law.com |
| | tlange@cmda-law.com |

## **ORDER OF DISMISSAL**

This matter having come before the Court on stipulation and agreement by and between the parties hereto, through their respective counsel of record.

**IT IS HEREBY ORDERED** that the above-entitled litigation is hereby dismissed with prejudice and without costs or fees to any party.

**This is a final order and closes the case.**

                                                s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  October 15, 2025

{02389766-1 }